# Law Office of
## JOSE R. PUJOLS, P.A.

2655 South LeJeune Road, PH1 - C
Coral Gables, Florida 33134
Telephone (305) 569-9533
Facsimile (305) 447-0405
E-mail: Jrp1atty@aol.com

## THREE (3) DAY NOTICE TO TENANT TO PAY RENT
## OR DELIVER POSSESSION

Date Sent: September 18, 2020            County: Miami-Dade

To: Jessica Alexandra Tacoronte Gonzalez and Elena Cristina Pagleri and all others in possession of the dwelling unit located at:

ICON Brickell Condo., No. Two
495 Brickell Avenue, Unit 5410
Miami, Florida 33131

You are hereby notified that you are indebted to Eduardo Manuel Bottin (Landlord) in the sum of **$3,600.00 for the month of September 2020**, for the rent and use of the premises located at **495 Brickell Avenue, Unit 5410, Miami, Florida 33131, Miami-Dade County**, now occupied by you. Your rental agreement is for the sum of **$3,600.00** per month, due on the 1st day of each month.

I demand payment of the rent in full, or possession of the premises, within three (3) days (excluding date of service, Saturdays, Sundays and legal holidays) from the date of delivery of this notice, to wit: on or before the following **September 23, 2020**.

This notice is given to you pursuant to Florida Statutes Section 83.56(3). GOVERN YOURSELF ACCORDINGLY.

Eduardo Manuel Bottin (Landlord)

_____
Jose R. Pujols, Esq.
Authorized Agent

---

### SERVICE OF NOTICE

I certify that a copy of this Notice was served on the tenant(s) named above, at the address noted above, on the following date: __9-18-20__, by one of the following methods:
_____ Mail      _____ Hand delivery to tenant      __✓__ Copy posted at premises

_____
(signed by person delivering/posting notice)