# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE No. 1:20-cv-24957-KMM

JESSICA TACORONTE,

>Plaintiff,

vs.

LAW OFFICE OF JOSE R. PUJOLS, P.A.

>Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff JESSICA TACORONTE, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice Voluntary Dismissal *without* Prejudice of the above styled action.

DATED: March 24, 2021

>Respectfully Submitted,
>
> /s/ Thomas J. Patti
>**JIBRAEL S. HINDI, ESQ.**
>Florida Bar No.: 118259
>E-mail:   jibrael@jibraellaw.com
>**THOMAS J. PATTI, ESQ.**
>Florida Bar No.: 118377
>E-mail:   tom@jibraellaw.com
>The Law Offices of Jibrael S. Hindi
>110 SE 6th Street, Suite 1744
>Fort Lauderdale, Florida 33301
>Phone:    954-907-1136
>Fax:      855-529-9540
>
>*COUNSEL FOR PLAINTIFF*

.

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 24, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                Respectfully Submitted,

                /s/ Thomas J. Patti                                    .
                **THOMAS J. PATTI, ESQ.**
                Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com